Stephen BUTTERFIELD v. VERMONT STATE COLLEGES, No. 208-80

August 27, 1980. Motion for consolidation with docket numbers 204-80, 205-80, 206-80, and 207-80 is denied. Permission to brief and argue these matters together is granted.
Daley, J.

STATE of Vermont v. Gary Frank STEVENS, No. 257-79

August 28, 1980. Motion to withdraw as counsel filed by William A. Nelson on July 1, 1980, is granted. William Walter Pearson of St. Johnsbury is hereby assigned as counsel for the defendant.
Daley, J.

IN RE GRIEVANCE OF Selma GUTTMAN and Walter Minaert, No. 136-80

August 29, 1980. Irreparable harm not having been demonstrated, the petitioner's motion for injunction is denied.
Daley, J.

Henry C. HASTINGS v. James GUEST, No. 293-80

September 4, 1980. This petition for extraordinary relief, by its terms, being based on a proceeding presently pending before the Lamoille Superior Court, Docket No. S10-80Lm, and failing to contain the required allegation, verified or supported by affidavit, setting forth the reasons why there is no adequate remedy by appeal or other proceedings as set out in V.R.A.P. 21, is therefore dismissed. *In re New England Telephone & Telegraph Co.*, 131 Vt. 470, 307 A.2d 783 (1973).

STATE of Vermont v. Henry C. HASTINGS, No. 306-80

September 4, 1980. The Commissioner of Corrections is hereby ordered to release Henry C. Hastings to the custody of his attorney, Gabor Rona, at 11:00 a.m., Thursday, September 4, 1980, for appearance at a hearing at 1:30 p.m. on that day before the Vermont Supreme Court in Montpelier, Vermont, to be returned immediately by said attorney upon the completion of the hearing unless otherwise ordered by the Court.
Hill, J.